**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.    **CV 12-9363-JFW (SHx)** | Date:  July 15, 2013 |

Title:     David Balber -v- SGS Automotive Services, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO FILE A JOINT REPORT RE SETTLEMENT CONFERENCE

On November 29, 2012, the Court ordered the parties to participate in ADR Procedure No. 3 (Private Mediation) and set May 1, 2013 as the deadline to complete the mediation.  Pursuant to the Court's Scheduling and Case Management Order filed on November 29, 2012, the Court ordered the parties to file a Joint Report re: results of Settlement Conference on or before May 8, 2013.  The parties have violated the Court's order by failing to file the Joint Report re: results of Settlement Conference on or before May 8, 2013, and presumably by failing to complete the private mediation by the Court ordered deadline of May 1, 2013.

Accordingly, the parties are ordered to show cause in writing by **July 19, 2013** why this case should not be dismissed for their violation of the Court's order.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.